UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TYLER WADE,

    Plaintiff,

v.

THE CITY OF WARREN,
WARREN POLICE DEPARTMENT,
YOUHANNA (BADGE #116),
MUCZYNSKI (BADGE #121),
ZAYTO (BADGE #201),
AHMED (BADGE #009),
VERBEKE (BADGE #134),
KRANZ (BADGE #197),

    Defendants.

Case No. 2:22-cv-12424-JJCG
Hon. Jonathan J.C. Grey
Mag. Judge

---

## STIPULATED ORDER FOR PARTIAL DISMISSAL

**IT IS HEREBY STIPULATED AND AGREED** upon by all parties as reflected by the signature of their respective counsel below, that all claims asserted by Plaintiff Tyler Wade against Defendants WARREN POLICE DEPARTMENT, Officer Sevan ZAYTO (BADGE #201) and Officer Martin KRANZ (BADGE #197), only, are hereby dismissed with prejudice and without costs or attorney fees to either party.

**IT IS FURTHER STIPULATED AND AGREED** that Plaintiff Tyler Wade's claim for Intentional Infliction of Emotional Distress (Count IV) against all

Defendants is hereby dismissed with prejudice and without costs or attorney fees to either party

**IT IS SO ORDERED.**

Dated: June 17, 2024 　　　　　　　　　　　s/ Jonathan J.C. Grey
　　　　　　　　　　　　　　　　　　　　　Hon. Jonathan J.C. Grey
　　　　　　　　　　　　　　　　　　　　　U.S. DISTRICT COURT JUDGE

Stipulated and Agreed:

s/Ayanna Hatchett
AYANNA HATCHETT (P70055)
Attorneys for Plaintiff
24901 Northwestern Hwy., Ste.700
Southfield, MI  48075
(248) 350-9050
ahatchett@855mikewins.com

s/Chad L. Riddle
RAECHEL M. BADALAMENTI (P64361)
ELIZABETH P. ROBERTS (P76017)
CHAD L. RIDDLE  (P72784)
Attorneys for Defendants
19500 Hall Road, Ste. 100
Clinton Twp., MI 48038
586-412-4900
rbadalamenti@kirkhuthlaw.com
eroberts@kirkhuthlaw.com
criddle@kirkhuthlaw.com